UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
RHOADES, JAMES W.                     §      Case No. 12-01810
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | David J. Rickert, County Collector Kane County Government Center 719 S. Batavia Ave., Bldg. A Geneva, IL 60134 |  |  |  |  |  |
|  | Harris N.A. C/O Michael J. Gilmartin 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | FLAT IRON CAPITAL | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alarm Detection Systems, Inc. 1111 Church Road Aurora, IL 60505 | | | | | |
| | BNSF Railway Company P.O. Box 676160 Dallas, TX 75267-6160 | | | | | |
| | Com Ed Attn: Bankruptcy Dept 2100 Swift Dr Oak Brook, IL 60523 | | | | | |
| | Flat Iron Capital 1700 Lincoln Street, 12th Floor Denver, CO 80203 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attn: Bankruptcy Department 1844 W. Ferry Rd Naperville, IL 60563 | | | | | |
| 000002A | BMO HARRIS BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-01810 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | RHOADES, JAMES W. | Date Filed (f) or Converted (c): | 01/19/12 (f) |
|  |  | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 09/12/13 | Claims Bar Date: | 07/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 |  | 0.00 | FA |
| 2. Potential Medical Malpractice Case | 0.00 | 0.00 |  | 0.00 | FA |
| Potential Medical Malpractice Case against Dr. Thomas J. McGivney, M.D. and Castle Orthopaedics. Amount is not known, debtor has not yet consulted attorney. |  |  |  |  |  |
| 3. Commercial Building | 515,000.00 | 0.00 |  | 0.00 | FA |
| 620 N. Highland Ave., Aurora, IL |  |  |  |  |  |
| 4. Checking Account for Commercial Bldg | 35.00 | 0.00 |  | 0.00 | FA |
| Harris Acct No. xxx8559 |  |  |  |  |  |
| 5. Checking Account No. xxx5483 | 679.50 | 0.00 |  | 0.00 | FA |
| Oswego Community Bank |  |  |  |  |  |
| 6. Savings Account No. xxx3563 | 2,547.00 | 0.00 |  | 0.00 | FA |
| Oswego Community Bank |  |  |  |  |  |
| 7. Checking Account for Commercial Bldg. | 800.00 | 0.00 |  | 0.00 | FA |
| Old Second National Bank. Acct No. xxx6067 |  |  |  |  |  |
| 8. Checking Account for Commercial Bldg. | 295.00 | 0.00 |  | 0.00 | FA |
| Earthmover Credit Union Acct No. xxx0054 |  |  |  |  |  |
| 9. Miscellaneous Household Goods | 1,000.00 | 0.00 |  | 0.00 | FA |
| Miscellaneous Household Goods and Furnishings |  |  |  |  |  |
| 10. Miscellaneous Clothing | 500.00 | 0.00 |  | 0.00 | FA |
| Miscellaneous Clothing |  |  |  |  |  |
| 11. IRA | 142,000.00 | 0.00 |  | 0.00 | FA |
| Stifel Nicolaus |  |  |  |  |  |
| 12. Automobile | 2,148.00 | 0.00 |  | 0.00 | FA |
| 2003 Chevrolet TrailBlazer (150,000 miles) |  |  |  |  |  |

LFORM1

Ver: 17.03

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-01810 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | RHOADES, JAMES W. | Date Filed (f) or Converted (c): | 01/19/12 (f) |
| | | 341(a) Meeting Date: | 02/15/12 |
| | | Claims Bar Date: | 07/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 13. James Rhoades Declaration of Trust<br>IRA and 620 N. Highland, Aurora, IL is sole corpus of James Rhoades Declaration of Trust Dated September 7, 1999 | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2011 Tax Refund (u) | 0.00 | 0.00 | | 5,829.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $665,004.50 | $0.00 | | $5,829.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims review completed; TFR filed w/ clerk 6-17-13

Initial Projected Date of Final Report (TFR): 04/10/20     Current Projected Date of Final Report (TFR): 04/10/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-01810 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | RHOADES, JAMES W. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7144  Checking Account |
| Taxpayer ID No: | *******8280 | | |
| For Period Ending: | 09/12/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/12 | 14 | James W. Rhoades | | 1224-000 | 5,829.00 | | 5,829.00 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM | 2300-000 | | 5.70 | 5,823.30 |
| | | SUITE 420 | BOND#016026455 | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 07/25/13 | 001002 | PETER N METROU | Chapter 7 Compensation/Expense | | | 1,341.26 | 4,482.04 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL  60543 | | | | | |
| | | | Fees        1,332.90 | 2100-000 | | | |
| | | | Expenses        8.36 | 2200-000 | | | |
| 07/25/13 | 001003 | BMO Harris Bank, N.A. | Claim 000002A, Payment 1.31016% | 7100-000 | | 4,482.04 | 0.00 |
| | | c/o Edmond M. Burke, Esq. | | | | | |
| | | Chuhak & Tecson, P.C. | | | | | |
| | | 30 South Wacker Drive, Suite 2600 | | | | | |
| | | Chicago, IL 60606 | | | | | |

|  | COLUMN TOTALS | 5,829.00 | 5,829.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 5,829.00 | 5,829.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 5,829.00 | 5,829.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******7144 | 5,829.00 | 5,829.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,829.00 | 5,829.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals        5,829.00        5,829.00

Ver: 17.03

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-01810 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | RHOADES, JAMES W. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7144  Checking Account |
| Taxpayer ID No: | *******8280 | | | |
| For Period Ending: | 09/12/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********7144 | | Transfers) | To Debtors) | On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*